IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
*ex rel.* FARRELL GORDON,

    Plaintiffs,

vs.   Case no. 6:15-cv-1457-Orl-40GJK

TRACFONE WIRELESS, INC.,   **FILED UNDER SEAL**
*et al.*,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), the United States of America notifies the Court that the United States, Relator Farrell Gordon, and Defendant TracFone Wireless, Inc., have executed a settlement agreement resolving the Plaintiffs' claims in this matter. As specified in the settlement agreement, the parties will file a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1) within thirty (30) days after the execution of the agreement.

Dated: March 7th, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Jeremy R. Bloor*

JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2022, a true and correct copy of the foregoing motion was served on the following:

Molly Knobler
Phillips & Cohen LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036

Erika Kelton
Phillips & Cohen, LLP
2000 Massachusetts Ave. NW
Washington, DC 20036

Jeffrey W. Dickstein
Phillips & Cohen, LLP
200 S. Biscayne Boulevard #2790
Miami, FL 33131

*/s/ Jeremy R. Bloor*

Jeremy R. Bloor
Assistant United States Attorney