FILED

2022 MAR 24 PM 2:23

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* FARRELL GORDON,

    Plaintiffs,

vs.

TRACFONE WIRELESS, INC.,
SAFELINK WIRELESS, ELITE
MARKETING GROUP, CENTRAL
MARKETING SYSTEMS, and WISSAM
NASR,

    Defendants.
_____/

Case no. 6:15-cv-1457-Orl-40GJK

**FILED UNDER SEAL**

## JOINT STIPULATION OF DISMISSAL AND REQUEST TO UNSEAL

The United States of America and Relator Farrell Gordon respectfully submit this Joint Stipulation of Dismissal and Request to Unseal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and request that the Court dismiss this action as detailed below. The parties request this dismissal subject to the terms of the settlement agreements entered into among the United States, the Relator, and certain of the Defendants in this matter.

The parties request this dismissal subject to the terms of the settlement agreement entered into among the United States, the Relator, and Elite Promotional Marketing, Inc. (Elite), dated March 22, 2021; and the settlement agreement entered into among the United States, the Relator, TracFone Wireless, Inc. (TracFone) and Safelink Wireless (Safelink), dated March 4, 2022 (the "Settlement Agreements").

S-90

The United States and Relator hereby stipulate to the entry of an order dismissing all claims and allegations in the Relator's Complaint as follows:

(1) The claims against all Defendants shall be dismissed with prejudice as to the Relator;

(2) The claims against Defendants Elite, TracFone and Safelink, shall be dismissed with prejudice as to the United States only as to the "Covered Conduct," as that term is defined in the Settlement Agreements, and otherwise without prejudice; and

(3) The claims against Defendants Central Marketing Systems and Wissam Nasr shall be dismissed without prejudice as to the United States.

The United States further requests that the Relator's Complaint, the United States' notice regarding intervention filed on December 21, 2021, the United States' Notice of Settlement, this Stipulation of Dismissal, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Each party will bear its own fees and costs. A proposed order accompanies this filing.

Dated: March 24, 2022                    Respectfully submitted,

ERIKA A. KELTON, Esq.                    ROGER B. HANDBERG
                                         United States Attorney

*Erika Kelton/MBK*                       */s/ Jeremy R. Bloor*
ERIKA A. KELTON                          JEREMY R. BLOOR
Counsel for Relator                      Assistant U.S. Attorney
Florida Bar No.                          Florida Bar No. 0071497
Phillips & Cohen, LLP                    Office of the United States Attorney
2000 Massachusetts Ave. NW               Middle District of Florida
Washington, DC 20036                     Orlando, FL 32801
Tel. (202) 833-4567                      Tel. (407) 648-7500
Fax (202) 833-1815                       Fax (407) 648-7588
EKelton@phillipsandcohen.com             Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2022, a true and correct copy of the foregoing motion was served on the following:

Molly Knobler                            Jeffrey W. Dickstein
Phillips & Cohen LLP                     Phillips & Cohen, LLP
2000 Massachusetts Avenue, NW            200 S. Biscayne Boulevard #2790
Washington, DC 20036                     Miami, FL 33131

Erika Kelton
Phillips & Cohen, LLP
2000 Massachusetts Ave. NW
Washington, DC 20036

                                         */s/ Jeremy R. Bloor*
                                         Jeremy R. Bloor
                                         Assistant United States Attorney

3